An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68126

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner challenges his current confinement in the Pahrump Detention Center. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. NRAP 22. Petitioner is represented by counsel in the proceedings in the district court and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Jason Arthur Altheide
Jason Earnest, Esq.
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22054